THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY P. SACKETT, Appellant, *v.* THOMAS M. LYNCH et al., Constituting the State Tax Commission of the State of New York, Respondents.

(Argued November 20, 1933; decided December 5, 1933.)

*William F. Unger, Irving K. Rubin* and *Jerome A. Weiss* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Joseph M. Mesnig* and *Henry Epstein* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: LEHMAN, J.